# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-4008
Lower Tribunal No. 2021-CF-6445-B-O

_____

LARON RAYMOND MANNING,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Robert J. Egan, Judge.

December 23, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and BROWNLEE and GANNAM, JJ., concur.


Blair Allen, Public Defender, and Jeri Delgado, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marissa V. Giles, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED